IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00405-WJM-MEH

SUNSMART PRODUCTS (PTY) LTD, a South African company, and
EXPAND A SIGN INTERNATIONAL (PTY) LTD a South African company,

      Plaintiffs/Counter Defendants,

v.

JUDITH LEASIA, in her official capacity as owner of Dagmar Branding, Inc., and Expand A Sign USA, Inc.,
JUDITH LEASIA, individually, f/k/a Judith Grice, and
DAGMAR BRANDING INC., a Colorado corporation, a/k/a Expand A Sign USA, Inc.,

      Defendants/Counter Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2013.**

      The Motion to Join Non-Party Under Fed. R. Civ. P. Rules 13(h) and 20(a) filed by Defendants/Counter Claimants [filed April 19, 2013; docket #16] is **denied as moot**. To the extent that Defendants/Counter Claimants seek to bring claims against a non-party in this case, they may do so by filing the appropriate pleading and serving such pleading in accordance with Fed. R. Civ. P. 4 and 14. *See, e.g., Amazing Techs., LLC v. Blacklodge Studios, LLC*, No. 10-cv-03077-WJM, 2012 WL 683512, *1 n.1 (D. Colo. Mar. 2, 2012) ("because Dantzler and Wyatt were not originally parties to this action, the claims asserted against them are actually third-party claims").