**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0405-WJM-MEH

EXPAND A SIGN INTERNATIONAL (PTY) LTD, a South African company, and
SUNSMART PRODUCTS (PTY) LTD, a South African company

      Plaintiffs,

v.

JUDITH LEASIA, in her official capacity as owner of Dagmar Branding, Inc., and
Expand A Sign USA, Inc.,
JUDITH LEASIA, individually, f/k/a JUDITH GRICE, and
DAGMAR BRANDING INC., a Colorado corporation, a/k/a EXPAND A SIGN USA, Inc.,

      Defendants.

---

**ORDER GRANTING JOINT MOTION REQUESTING
ADMINISTRATIVE CLOSURE OF THE CASE**

---

      This matter comes before the Court on the Parties' Joint Motion to Administratively Close Civil Action, filed on July 8, 2013 (ECF No. 43).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

      The Parties' Joint Motion is GRANTED.  Pursuant to D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED for a period of one year from the date of June 24, 2013.  The parties may later seek to reopen this case for good cause shown.

Dated this 8th day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge